IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JULIE R. GRAHAM, WAYLON LEO JOHN WIEST, and COURTNEY L. WIEST,<br><br>               Defendants. | **8:19CV225**<br><br>**ORDER** |

    This action was filed on May 20, 2019. ([Filing No. 1](#).) Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must serve its complaint on Defendants within ninety days of filing the lawsuit. To date, Plaintiff has not requested any summons or filed any return of service indicating service on Defendants. Defendants have not entered a voluntary appearance.

    Accordingly,

    **IT IS ORDERED** that by or before September 25, 2019, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution. Failure to comply with this Order may result in the dismissal of this case without further notice.

    Dated this 11th day of September, 2019.

                                                                  BY THE COURT:

                                                                    s/ Susan M. Bazis<br>
                                                                    United States Magistrate Judge