IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:19CV225 |
| JULIE R. GRAHAM; WAYLON LEO JOHN WIEST; and COURTNEY L. WIEST | **ORDER** |
| Defendants. | |

Upon consideration of the Motion to Extend Time for Service and Authorize Constructive or Alternate Service filed by Plaintiff ([Filing No. 6](#)), and for good cause shown, the Court hereby extends the time for service of Plaintiff's Complaint upon Defendants Julie R. Graham; Waylon Leo John Wiest; and Courtney L. Wiest until December 19, 2019, and authorizes constructive or alternate service by leaving the process at the Defendant's usual place of residence and mailing a copy by first-class mail to the Defendant's last known address, by publication, or by any manner reasonably calculated under the circumstances to provide the party with actual notice of the proceedings and an opportunity to be heard as provided in Nebraska Revised Statute § 25-517.02.

DATED this 19th day of September, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge