IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19-CV-225 |
| vs. | ORDER |
| JULIE R. GRAHAM, et al., | |
| Defendants. | |

Defendant Julie Graham has filed a suggestion of bankruptcy (filing 13). Upon review of the case, the Court finds that Graham is the primary defendant from whom recovery is sought, and therefore that this dispute should be referred to the bankruptcy court.

IT IS ORDERED:

1. This case is referred to the U.S. Bankruptcy Court for the District of Nebraska pursuant to NEGenR 1.5(a)(1).

2. The Clerk of the District Court shall deliver, or send electronically, the Court file to the Clerk of the Bankruptcy Court, and shall advise the Clerk of the Bankruptcy Court that this case is being referred as related to bankruptcy petition # 19-41612.

3. The Clerk of the U.S. District Court for the District of Nebraska shall close this case for statistical purposes.

Dated this 25th day of September, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge