## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:<br><br>JULIE R. GRAHAM,<br><br>                          Debtor(s). | CASE NO. BK19-41612<br><br>CHAPTER 7<br><br>ADV. NO. A19-4044 |
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff(s)<br>  vs.<br><br>JULIE R. GRAHAM, et al.,<br><br>                          Defendants(s). | 8:19CV225<br><br><br>FINDINGS & RECOMMENDATIONS<br>TO THE DISTRICT COURT |

This matter is before the court on its own motion.

The United States filed this civil action in federal district court on May 20, 2019, to foreclose on a real estate mortgage securing a loan made to the defendant by the Rural Housing Service of the U.S. Department of Agriculture. On September 25, 2019, the defendant filed a petition for relief under Chapter 13 of the Bankruptcy Code and the district court referred the case to this court, where the matter was stayed until such time as the bankruptcy case was dismissed or relief from stay was requested and granted in the bankruptcy case.

The debtor subsequently converted the bankruptcy case to one under Chapter 7 because she was unable to make Chapter 13 plan payments. The debtor received a discharge of her debts on April. 16, 2020, and the bankruptcy case has been closed.

Accordingly, I respectfully recommend to the United States District Court for the District of Nebraska that it withdraw the reference of this adversary proceeding for such further proceedings as are appropriate.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED: May 4, 2020.

RESPECTFULLY SUBMITTED,

/s/Thomas L. Saladino
Chief Judge

Notice given by the Court to:
(*) Robert Homan
Philip Kelly
U.S. Trustee

Movant (*) is responsible for giving notice to other parties if required by rule or statute.