IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CV-225 |
| vs. | ORDER |
| JULIE R. GRAHAM, et al., | |
| Defendants. | |

This matter is before the Court on the Findings and Recommendation to the District Court of the United States Bankruptcy Judge (filing 15) recommending that that the referral of this matter to the Bankruptcy Court be withdrawn. No objections to that report and recommendation have been filed. The failure to file an objection eliminates not only the need for de novo review, but *any* review by the Court. See *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009). Accordingly, the Court will adopt the findings and recommendation of the Bankruptcy Judge.

IT IS ORDERED:

1. The findings and recommendation of the United States Bankruptcy Judge (filing 15) recommending withdrawal of the reference are adopted.

2. Reference of this case to the United States Bankruptcy Court for the District of Nebraska is withdrawn.

3. This case is reopened and referred to the Magistrate Judge for case progression.

Dated this 19th day of May, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge