IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CV-225 |
| vs. | ORDER |
| JULIE R. GRAHAM, et al., | |
| Defendants. | |

This matter is before the Court on the plaintiff's motion to set aside the Court's default judgment (filing 48) pursuant to Fed. R. Civ. P. 60(b)(1). The Court finds that, under the circumstances, the judgment should be set aside and the plaintiff afforded additional time to either amend its complaint pursuant to Fed. R. Civ. P. 15 or substitute a party defendant pursuant to Fed. R. Civ. P. 25.[1]

IT IS ORDERED:

1. The plaintiff's motion to set aside default judgment (filing 53) is granted.

2. The default judgment (filing 48) is set aside.

---

[1] The plaintiff's attention is drawn to Rule 25(a)(1), which requires the Court to dismiss an action against a decedent if a substitution is not made within 90 days after service of a statement noting the death.

3. This case is reopened.

4. The Clerk of the Court is directed to set a case management deadline for July 5, 2022, with the following docket text: Check for amended complaint or substitution of party.

Dated this 7th day of April, 2022.

                                              BY THE COURT:

                                              */s/ John M. Gerrard*
                                              John M. Gerrard
                                              United States District Judge